In the Matter of the Judicial Settlement of the Account of LOUIS UNGRICH et al., as Executors of JACOB SCHWARZ, Deceased, Appellants.

J. VAN VECHTEN OLCOTT, Special Guardian of JULIA E. SCHWARZ et al., Appellants; ELIZA SCHWARZ et al., Respondents.

*Matter of Ungrich,* 48 App. Div. 594, affirmed.
(Argued March 14, 1901; decided April 2, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made March 6, 1900, affirming a decree of the Surrogate's Court of the county of New York construing the will of Jacob Schwarz, deceased.

*Edward W. S. Johnston, William A. Thompson, Edward P. Orrell* and *J. Van Vechten Olcott,* as special guardian, for appellants.

*Lyman E. Warren* and *Ira D. Warren* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.